BETTY BURGESS v. EMORY E. BURGESS.

October 25, 1976. Petition for certification denied.

ARTHUR L. MICCIO v.
ZONING BOARD OF ADJUSTMENT, TWP. OF EWING.

October 25, 1976. Petition for certification denied.

PASQUALE PERRINE v. EDWARD J. FLEMING.

October 25, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT CHAVIES.

October 25, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK J. KRUG.

October 25, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD TURNER.

October 25, 1976. Petition for certification denied.